UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE CONLEY,

    Plaintiff,

v.

JOHN HESS, et al.,

    Defendants.

_____/

Case No. 1:20-cv-168

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this civil rights action by filing his complaint on February 26, 2020. On May 12, 2020, an order issued dismissing all the defendants except Cathy Ross (ECF No. 7). Defendant Ross filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 5, 2021, recommending that this Court grant the motion and enter judgment. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 14) is GRANTED and this action is TERMINATED.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes the Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on

2

appeal would be frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  Accordingly, the Court certifies that an appeal of this decision would not be taken in good faith.

    A Judgment will be entered consistent with this Order.


Dated:  March 29, 2021                                                 /s/  Paul L. Maloney  
                                                                                              Paul L. Maloney  
                                                                                              United States District Judge