UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE CONLEY,

    Plaintiff,

v.

                                      Case No. 1:20-cv-168

JOHN HESS, et al.,                       HONORABLE PAUL L. MALONEY

    Defendants.
_____/

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: March 29, 2021                        /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge